# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 17-5026**                                    **September Term, 2016**

**1:17-cv-00049-RC**

**Filed On:** February 24, 2017

John Doe Company,

       Appellant

    v.

Consumer Financial Protection Bureau and
Richard Cordray, in his official capacity as
Director of the Consumer Financial Protection
Bureau,

       Appellees

**BEFORE:**    Rogers, Kavanaugh, and Millett, Circuit Judges

## <u>O R D E R</u>

Upon consideration of the emergency motion for injunction pending appeal, it is

**ORDERED** that appellees file a response to the motion by 10:00 a.m. on Wednesday, March 1, 2017.  Any reply is due by 10:00 a.m. on Thursday, March 2, 2017.  The parties are directed to hand-deliver the paper copies of their submissions to the court by the time and date due.

### <u>Per Curiam</u>