# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** John Doe Company

**v.** Consumer Fin. Protection Bureau, et al.

**Case No:** 17-5026

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae

Consumer Financial Protection Bureau
Richard Cordray, in his official capacity

Names of Parties                                Names of Parties

### Counsel Information

**Lead Counsel:** Christopher Deal

**Direct Phone:** (202) 435-9582  **Fax:** (202) 435-7024  **Email:** Christopher.Deal@cfpb.gov

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Consumer Financial Protection Bureau

**Firm Address:** 1700 G Street, NW, Washington DC 20552

**Firm Phone:** (202) 435-9582  **Fax:** (202) 435-7024  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)